## 61862. LYLE v. SOUTHERN FEDERAL SAVINGS & LOAN ASSOCIATION OF ATLANTA.

SHULMAN, Presiding Judge.

This court having entered on September 10, 1981, a judgment in the above-styled case (160 Ga. App. 196 (286 SE2d 438)), reversing the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *Southern Fed. Savings &c. Assn. v. Lyle,* 249 Ga. 284 (290 SE2d 455), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong and Sognier, JJ., concur.*

DECIDED MAY 25, 1982.

*Harry W. Pettigrew,* for appellant.
*Alton H. Hopkins, Kirk W. Watkins,* for appellee.